THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case/Violation No: 1:13-po-07003-MJW

UNITED STATES OF AMERICA,

vs.

ROBERT L. ALLEN,

Defendant,

---

ORDER ( Docket No. 14 )

---

THIS MATTER comes before the Court on the motion of the United States of America to dismiss without prejudice the violation notice for the above stated DEFENDANT.

The Court being fully advised in the premise orders:

Motion to replace Special Assistant United States Attorney Joshua Krupa with Special Assistant United States Attorney Michael Madsen file on July 10, 2013 is granted.

DATED and ENTERED this 10th day of July, 2013.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO