IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MICHAEL J. WATANABE, MAGISTRATE JUDGE

CASE NO:   13-po-07003-MJW

UNITED STATES OF AMERICA,

       Plaintiff(s),

v.

ROBERT ALLEN,

       Defendant(s).

---

STIPULATION AND ORDER REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that upon the conclusion of the Trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

Dated at Denver, Colorado this __3rd__ day of __October__, 2013.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge

_____
Attorney for Plaintiff

Christopher E. Knight
_____
Print Name

_____
Attorney for Defendant

Dennis W. Hartley
_____
Print Name